UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICK CAHILL,

    Plaintiff,

v.                                         Case No. 8:22-cv-1902-TPB-TGW

WESTCOAST COMMUNICATION
SERVICES, INC., AND RYAN REINHART,
an individual,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Thomas G. Wilson, United States Magistrate Judge, entered on January 23, 2023. (Doc. 26). Judge Wilson recommends that the "Joint Motion for Approval of Settlement and Incorporated Memorandum of Law" (Doc. 18) be granted. No objection has been filed by either party and the objection period has passed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court

must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, the Court adopts the report and recommendation. The Court agrees with Judge Wilson's detailed and well-reasoned factual findings and legal conclusions. Consequently, the joint motion is granted, the settlement is approved, and this case is dismissed with prejudice.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Wilson's report and recommendation (Doc. 26) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) The "Joint Motion for Approval of Settlement and Incorporated Memorandum of Law" (Doc. 18) is hereby **GRANTED** and this case is **DISMISSED** with prejudice.

(3) The Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 3rd day of March, 2023.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**